FILED Harrisburg, PA.
December 2, 2020
Clerk, U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ROBERT A. JONES | CHAPTER 13 |
| | CASE # 5-18-02461 RNO |

CERTIFICATE OF SERVICE

I, CAROL W. BALTIMORE, counsel for the debtors, hereby certify that I have emailed a notice to the debtors, by first class mail, of my new mailing address and new telephone number.

| | |
|---|---|
| November 25, 2020 | /s/ Carol Baltimore |
| | 7918 Granada Place, # 103 |
| | Boca Raton, Fl 33433 |

1

# Jennifer Miscevich

| | |
|---|---|
| **From:** | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| **Sent:** | Wednesday, December 2, 2020 10:13 AM |
| **To:** | PAMBml_fax |
| **Subject:** | EDSS filing from carol w baltimore for Robert A. Jones on Wednesday, December 2, 2020 - 10:12 |

Submitted on Wednesday, December 2, 2020 - 10:12 Submitted by user: Anonymous Submitted values are:

Filer's Name: carol w baltimore
Debtor's name (if different): Robert A. Jones Filer's EMail Address: carolbaltimore1955@gmail.com Filer's Phone Number: 5705108235 Case number (if known): 5-18-02461
  ==Documents==
  Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/jones%20richard%20cos.pdf
    Document description: certificate of service
     ==More Documents==
      Document 2:
      Document 2 description:
      Document 3:
      Document 3 description:
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: carol w baltimore