IN THE UNITED STATE BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

IN RE:                                                         CHAPTER 13

ROBERT A. JONES                                                5-18-02461  RNO

_____

CERTIFICATE OF SERVICE

I, CAROL W. BALTIMORE, counsel for the debtor, do hereby certify that I have mailed a notice to the debtor, by U.S. first class mail, stating my new contact information, including new address and telephone number.

|  |  |
|---|---|
| December 1, 2020 | BY:     /s/<br>CAROL  W. BALTIMORE<br>7918 GRANADA PLACE, UNIT 1<br>BOCA RATON, FL. 33433 |

1

**Cindy Boyle**

---

| | |
|---|---|
| **From:** | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| **Sent:** | Wednesday, December 2, 2020 4:37 PM |
| **To:** | PAMBml_fax |
| **Subject:** | EDSS filing from carol w baltimore for ROBERT A. JONES on Wednesday, December 2, 2020 - 16:36 |

Submitted on Wednesday, December 2, 2020 - 16:36 Submitted by user: Anonymous Submitted values are:

Filer's Name: carol w baltimore
Debtor's name (if different): ROBERT A. JONES Filer's EMail Address: carolbaltimore1955@gmail.com Filer's Phone Number: 5705108235 Case number (if known): 5-18-02461 RNO
  ==Documents==
   Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/JONES%20ROBERT%20COS.pdf
    Document description: certificate of service
     ==More Documents==
      Document 2:
      Document 2 description:
      Document 3:
      Document 3 description:
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: carol w baltimore

1